UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO., LTD<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED., *et al*.,<br><br>Defendants. | Case No. 2:19-cv-00852-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Motion for Leave to File Under Seal (ECF Nos. 18 and 21), filed June 24, 2019. Upon review and consideration, and with good cause appearing therefor, the Court grants Plaintiff's request to seal the Amended Schedule "A" document related to infringement analysis and the declaration of Cheol Kim related to Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion for Leave to File Under Seal (ECF Nos. 18 and 21) are **granted**.

**IT IS FURTHER ORDERED** that the Schedule "A" seal will be automatically lifted upon the filing of a Proof of Service, unless otherwise ordered by the Court.

Dated this 25th day of June, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE