**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD.,<br><br>           Plaintiff,<br>  vs.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>           Defendants. | Case No.: 2:19-cv-00852-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna Youchah, (ECF No. 61), which recommends that default judgment be entered against Defendants named in Schedule A of the Amended Complaint who have not made an appearance in this action. (*See* Mot. Default J., ECF No. 49); (Default J. Defs., Ex. 1 to Mot. Default J., ECF No. 49-2)

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, May 25, 2020, has passed. (Min. Order, ECF No. 61).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 61), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the Court **GRANTS** default judgment against Defendants named in Schedule A of the Amended Complaint who have not made an appearance in this action. The Defendants, as listed in Exhibit 1 to Plaintiff's Motion for Default Judgment, comprise: AeequeDirect, Alfort, Batterygalaxysales, Bmzx, Brillmall, Casido, Dreamyth, Esellerchina, Hongkongstore2011, HP95, Jvlunas, Kungfurendirect, Lynnerphom, Maggiesuperstore, Motorstarshine, Serviceyingbest, Smileniu9, Subottn, Thumbsup, Wensltd, and Yopujkl1232_8.

**DATED** this __27__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court