NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC'S (SHENZHEN) CO. LTD., a Chinese Limited Company.<br><br>        Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>        Defendants.<br><br>IGENIO, LTD,<br><br>        Counter-Claimant,<br><br>vs.<br><br>WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chinese Limited Company.<br><br>        Counter-Defendant | Case No.: 2:19-cv-00852-GMN-EJY<br><br>**AMENDED STIPILUATION TO DISMISS DEFENDANT IGENIO WITH PREJUDICE** |

**AMENDED STIPILUATION TO DISMISS DEFENDANT IGENIO WITH PREJUDICE**

Pursuant to the Court's May 12, 2020 (Order ECF 63) WINNER'S SUN PLASTIC & ELECTRONIC'S (SHENZHEN) CO. LTD., a Chinese Limited Company, (hereinafter "Winner") and Defenant IGENIO (hereinafter "Igenio"), a company based in the United Kingdom, previously filed a stipulation to dismiss iGenio with prejudice on June 16, 2020.

However, the parties failed to specify whether the parties would bear their own fees. Pursuant to the Court's June 17, 2020 Minute Order the parties now clarify that each party is to bear its own fees and costs.

This dismissal is as to defendant Igenio *only*. Nothing in this Dismissal relates to any of the remaining Defendants.

This dismissal shall also serve as a dismissal of Igenio's counterclaims against Winner, again, each party shall bear its own fees and costs in relation to the counterclaims as well.

## CONCLUSION

Winner and Igenio jointly request that the case be dismissed with prejudice as to defendant Igenio and a dismissal of the counterclaims against Winner, and that each party be ordered to bear its own fees and costs.

DATED AND SIGNED this 30th day of June, 2020

| | |
|---|---|
| **IT IS SO ORDERED**. | **BAYRAMOGLU LAW OFFICES LLC.** |
| **IT IS FURTHER ORDERED** that Winner and Igenio's Stipulation of Dismissal with prejudice, (ECF No. 67), is **DENIED** as moot. | By:     */s/ Nihat Deniz Bayramoglu*<br>Nihat Deniz Bayramoglu<br>(Nevada. Bar No. 14030)<br>Deniz@bayramoglu-legal.com<br>1540 West Warm Springs Road, Suite 100<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff* |
| Dated this  1  day of July, 2020.<br><br>_____<br>Gloria M. Navarro, District Judge<br>United States District Court | By:     */s/ Robin Diann Shofner*<br>Robin Diann Shofner<br>(Nevada. Bar No. 13758)<br>shofner@mobolaw.com<br>1830 15th St., Ste. 100<br>Sacramento, CA 95811<br>*Attorneys for Defendant Igenio* |

**AMENDED STIPILUATION TO DISMISS DEFENDANT IGENIO WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that I served this document pursuant to Rule 5 and the Court's CM/ECF system which electronically serves all parties and counsel who have appeared in this action and that have consented to electronic service, including at least:

**James W King**

Law Office of James W. King

844 East Sahara Avenue

Las Vegas, NV 89104

702-894-5399

Email: jkparkcity@gmail.com

**Robin Diann Shofner**

MOLSBY & BORDNER, LLP

1830 15th St., Ste. 100

Sacramento, CA 95811

916-447-0529

Email: shofner@mobolaw.com

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

Dated June 30, 2020

*/s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu, Esq.

**AMENDED STIPILUATION TO DISMISS DEFENDANT IGENIO WITH PREJUDICE**

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Robin Diann Shofner, counsel for Igenio, and that I have obtained the authorization of Ms. Shofner to affix her electronic signature to this document.

Dated June 30, 2020

*/s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu, Esq.

**AMENDED STIPILUATION TO DISMISS DEFENDANT IGENIO WITH PREJUDICE**