NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com

**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson, Nevada 89014

Telephone: 702.462.5973
Facsimile:  702.553.3404
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chinese Limited Company,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | NO._2:19-cv-00852-GMN-EJY<br><br>**DISMISSAL WITH PREJUDICE OF DEFENDANT VETORA LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), WINNER'S SUN PLASTIC & ELECTRONIC'S (SHENZHEN) CO. LTD., a Chinese Limited Company, (hereinafter "Winner") and Defendant VETORA LLC (hereinafter "Vetora"), a company based in Utah, hereby file this stipulated dismissal.

The parties have finalized a settlement agreement and the agreement has been fully executed by both Winner and Vetora. Both Winner and Vetora are performing under the agreement and certain performance required for the filing of a dismissal has been completed.

This dismissal is as to defendant Vetora *only*. Nothing in this Dismissal relates to any of the remaining Defendants. Each party shall bear its own fees and costs.

## CONCLUSION

Winner and Vetora jointly request that the case be dismissed with prejudice as to defendant Vetora.

DATED AND SIGNED this 4th day of December, 2020

BAYRAMOGLU LAW OFFICES LLC

By: */s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu
(Nevada. Bar No. 14030)
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Tel: (702) 462-5973
*Attorneys for Plaintiff*


LAW OFFICE OF JAMES W. KING

By: */s/ James W. King*
James W. King
844 East Sahara Avenue
Las Vegas, NV 89104
Tel: (702) 894-5399
*Attorneys for Defendant Vetora LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I served this document pursuant to Rule 5 and the Court's CM/ECF system which electronically serves all parties and counsel who have appeared in this action and that have consented to electronic service, including at least:

**James W. King**
Law Office of James W. King
844 East Sahara Avenue
Las Vegas, NV 89104
702-894-5399
Email: jkparkcity@gmail.com

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

Dated December 4, 2020

*/s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu, Esq.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to James W. King, counsel for Vetora, and that I have obtained the authorization of Mr. King to affix his electronic signature to this document.

Dated December 4, 2020

                                          */s/ David Silver*
                                          David Silver, Esq.

NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com

**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson, Nevada 89014

Telephone: 702.462.5973
Facsimile:  702.553.3404
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chinese Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | NO._2:19-cv-00852-GMN-EJY<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT VETORA LLC** |

Before the Court is a stipulated dismissal for Defendant Vetora LLC. The Court, having reviewed the records and files herein, and in view thereof, hereby ORDERS that:

1) Defendant VETORA LLC is dismissed with prejudice.
2) Each party shall bear its own fees and costs.

Dated this __4__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT