NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com

**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson, Nevada 89014

Telephone: 702.462.5973
Facsimile:  702.553.3404
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WINNER'S SUN PLASTIC & ELECTRONIC (SHENZHEN) CO. LTD., a Chinese Limited Company, <br><br> Plaintiff, <br><br> vs. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | No. 2:19-cv-00852-GMN-EJY <br><br> **ORDER** |

Pending before the Court is the Motion Requesting Ruling, filed by Plaintiff Winner's Sun Plastic & Electronic (Shenzhen) Co. Ltd. ("Plaintiff"), (ECF no. 79). In the Motion, Plaintiff requests the Court to rule on Plaintiff's Damages Submission for the Court to enter final default judgment. The Court reviewed the records and files herein; specifically: (1) Winner's Damages Submission; (2) Pleadings and papers on file or cited to within this briefing; (3) All declarations and exhibits attached thereto filed in support of 1-2;

(4)

| Defendant | Lost Profits Damages | Total Enhanced Damages |
|---|---|---|
| AeequeDirect | $1,860.00 | $5,580.00 |
| Alfort (RDH Shop) | $9,504.00 | $28,512.00 |
| Brillmall | $351.00 | $1,053.00 |
| Casido | $2,451.00 | $7,353.00 |
| Dreamyth | $3.00 | $9.00 |
| Esellerchina | $1,821.00 | $5,463.00 |
| Hongkongstore2011 | $438.00 | $1,314.00 |
| Jvlunas | $3.00 | $9.00 |
| Kungfurendirect | $78,396.00 | $235,188.00 |
| Maggiesuperstore | $2,382.00 | $7,146.00 |
| Motorstarshine | $4,731.00 | $14,193.00 |
| Serviceyingbest | $90.00 | $270.00 |
| Smileniu9 | $10,473.00 | $31,419.00 |
| Subottn | $1,242.00 | $3,726.00 |
| Wensltd | $18.00 | $54.00 |
| Yopujkl1232_8 | $198.00 | $594.00 |
| Bmzx | $7,122.00 | $21,366.00 |
| HP95 | $7,122.00 | $21,366.00 |
| Thumbsup | $7,122.00 | $21,366.00 |
| **Joint and Several Liability** | **$135,327.004** | **$405,981.00** |

BAYRAMOGLU LAW OFFICES LLC
1540 WEST WARM SPRINGS ROAD, SUITE 100
LAS VEGAS, NEVADA 89014
WWW.BAYRAMOGLU-LEGAL.COM

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Ruling, (ECF No. 79), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to **TERMINATE** Defendant Brigham Budd from this case, as he was never individually named as a Defendant.

**IT IS FURTHER ORDERED** that:

1) An entry of an award in the amount of $405,981.00 jointly and severally against the Defaulted Defendants.

2) An entry of an award of attorney's fees in the amount of $39,606.00 jointly and severally against the Defaulted Defendants.

3) An award of $60,897.15 jointly and severally against the Defaulted Defendants based on 10% interest per annum for one and one-half (1½) years on the $405,981.00 damages awarded.

4) Amazon and eBay shall freeze any accounts of the listed defendants and prevent any future sales of selfie sticks for those accounts;

5) Amazon and eBay shall freeze any monies in the eBay and Amazon accounts and transfer to Winner or Winner's counsel the awarded damages for the Defaulted Defendants' infringing accounts to satisfy the above money damages;

6) An entry of a permanent injunction as to each and every Defaulted Defendant for the removal of the infringing accounts from Amazon and/or eBay.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Entered this  30  day of September, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

BAYRAMOGLU LAW OFFICES LLC
1540 WEST WARM SPRINGS ROAD, SUITE 100
LAS VEGAS, NEVADA 89014
WWW.BAYRAMOGLU-LEGAL.COM