AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Winner's Sun Plastic & Electronic (Shenzhen) Co. Ltd.,
                Plaintiff,
    v.

The Partnerships and Unincorporated Associations Identified on Schedule A,
                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-00852-GMN-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of the Plaintiff Winner's Sun Plastic & Electronic (Shenzhen) Co. Ltd., and an entry of an award in the amount of $405,981.00 jointly and severally against the Defaulted Defendants, AeequeDirect, Alfort, Batterygalaxysales, Bmzx, Brillmall, Casido, Dreamyth, Esellerchina, Hongkongstore2011, HP95, Jvlunas, Kungfurendirect, Lynnerphom, Maggiesuperstore, Motorstarshine, Serviceyingbest, Smileniu9, Subottn, Thumbsup, Wensltd, and Yopujkl1232_8; and an entry of an award of attorney's fees in the amount of $39,606.00 jointly and severally against the Defaulted Defendants.

IT IS FURTHER ORDERED that an award of $60,897.15 jointly and severally against the Defaulted Defendants based on 10% interest per annum for one and one-half (1) years on the $405,981.00 damages awarded.

| 10/6/2022 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

                                                         /s/Y. Williams
                                                         Deputy Clerk